# First District Court of Appeal
## State of Florida

_____

No. 1D18-2850

_____

PATRICE KERR,

Petitioner,

v.

STATE OF FLORIDA, STATE
ATTORNEY'S OFFICE, PUBLIC
DEFENDER OFFICE, STATE
ATTORNEY LAWSON LAMAR, ASA
SARAH FREEMAN, CITY OF
ORLANDO, APD SCHILLING,
BRIANNA THOMAS, TANYA DAVIS,
and ORANGE COUNTY,

Respondents.

_____

Petition for Writ of Prohibition–Original Jurisdiction.

October 24, 2018

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

ROBERTS, BILBREY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Patrice Kerr, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondents.